IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY L. SHERMAN | : Civil No. 1:24-CV-203 |
| Plaintiff | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| CAROLYN COLVIN, Acting Commissioner of Social Security,[1] | : |
| Defendant | : |

## ORDER

AND NOW, this 16th day of January 2025, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Carolyn Colvin is substituted as the defendant in this suit.